IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEGO EGBUONU,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>    Defendant.<br>_____/ | No. C 04-00003 JSW<br><br>**ORDER REQUIRING JOINT STATUS REPORT** |

On March 23, 2005, this Court granted a stipulation by the parties to extend their mediation deadline until May 31, 2005. Since that time, there has been no activity in this matter. Therefore, the Court HEREBY ORDERS the parties to submit a joint report by no later than September 23, 2005, advising the Court of the status of this matter.

**IT IS SO ORDERED.**

Dated: September 9, 2005

JEFFREY S. WHITE
by HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE