**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEGO EGBUONU,

      Plaintiff,

  v.

NATIONAL RAILROAD PASSENGER
CORPORATION,

      Defendant.

_____/

No. C 04-00003 JSW

**ORDER OF REFERENCE
TO MAGISTRATE JUDGE
FOR ALL PURPOSES**

     Pursuant to Local Rule 72-1 and the consent of the parties, this matter is referred to

Magistrate Judge Bernard Zimmerman for all purposes including trial and entry of judgment.

     The parties will be advised of the date, time and place of the next appearance by notice

from Magistrate Judge Zimmerman.

    **IT IS SO ORDERED.**

Dated:  November 14, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE