UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEGO EGBUONU,<br><br>          Plaintiff(s),<br><br>     v.<br><br>NATIONAL RAILROAD PASSENGER CORP., aka AMTRAK,<br><br>          Defendant(s). | No. C 04-0003 BZ<br><br>**SCHEDULING ORDER** |

Following the Case Management Conference, **IT IS HEREBY ORDERED** as follows:

1. The trial is scheduled for **Monday, April 16, 2007**, eight days, **at 8:30 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

2. A status conference is scheduled for **Monday, November 27, 2006, at 4:00 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  The parties shall file a joint status conference statement by **Monday, November 20, 2006**.

3.  Plaintiff shall provide the medical report of Dr. Hashimian(phonetic) to defendant by **Monday, August 7, 2006.**

Dated: July 19, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\EGBUONU\CMC.MED.REPORT.ORD.wpd

2