1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11   KEGO EGBUONU,                    )
                                      )
12              Plaintiff(s),         )      No. C 04-0003 BZ
                                      )
13       v.                           )      **PROPOSED JURY INSTRUCTIONS**
                                      )
14   NATIONAL RAILROAD PASSENGER )
     CORP., aka AMTRAK,               )
15                                    )
                Defendant(s).         )
16   _____ )

17        Attached is a set of jury instructions, with the

18   exception of the common carrier instructions being resubmitted

19   by the parties, which the court presently proposes to deliver

20   at the conclusion of trial if warranted by evidence.  Any

21   objections to these instructions shall be accompanied either

22   by a proposed alternative jury instruction or by a short

23   explanation of the objection supported by citation to

24   authority, and shall be filed by **12:00 p.m., Friday,**

25   **March 30, 2007.**

26        In addition, having been informed by plaintiff that she

27   intends to introduce at trial evidence of defendant's wealth,

28   the parties are instructed to prepare and submit by **12:00**

1

1   **p.m., Friday, March 30, 2007,** a limiting instruction for that

2   evidence.   All further jury instructions requested by the

3   court shall be delivered to chambers as previously instructed.

4   Dated: March 22, 2007

5

6                              _____
                                        Bernard Zimmerman
                              United States Magistrate Judge

7

8

9

10

11

12
        G:\BZALL\-BZCASES\EGBUONU\PRETRIAL\PROPOSED.JURY.INTRUX.COVER.wpd
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28