1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  KAREN E. GIQUINTO, State Bar No. 228261
   kgiquinto@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
5  Telephone:  (510) 433-2600
   Facsimile:  (510) 433-2699

6

7  Attorneys for Defendant
   NATIONAL RAILROAD PASSENGER
   CORPORATION

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEGO EGBUONU,<br><br>            Plaintiff,<br><br>    v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, a.k.a., "AMTRAK," a corporation,,<br><br>            Defendant. | Case No.  C 04-00003 BZ<br><br>~~PROPOSED~~ ORDER FOR ELECTRONIC EQUIPMENT TO BE BROUGHT INTO THE FEDERAL BUILDING<br><br>Trial Date:  April 11, 2007<br>Time:       8:30 a.m.<br><br>Hon. Bernard Zimmerman |

   Defendant National Railroad Passenger Corporation (Amtrak) hereby requests an order allowing Defendant to bring electronic equipment into the Federal Building located at 450 Golden Gate Avenue, San Francisco, CA from April 11, 2007 through April 20, 2007. The electronic equipment Defendant requests an order to bring into the Federal Building is as follows:

   1.  Dell Latitude Laptop, Model No. D600.

   It is so ORDERED.

Date:  April 10, 2007           _____
                                Honorable
                                United States

IT IS SO ORDERED
*/s/ Bernard Zimmerman*
Judge Bernard Zimmerman

USDC No. Case No. C 04-003 BZ

13249-33262 KEG 536007.1

ORDER