David B. Draheim, Esq. (State Bar No. 036339)
Anthony S. Petru, Esq. (State Bar No. 91399)
John Furstenthal, Esq. (State Bar No. 208996)
HILDEBRAND, McLEOD & NELSON, INC.
Westlake Building
350 Frank H. Ogawa Plaza
Oakland, CA 94612-2006
Telephone: (510) 451-6732

Attorneys for Plaintiff
KEGO EGBUONU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—OAKLAND

| | |
|---|---|
| KEGO EGBUONU,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, a.k.a., "AMTRAK," a corporation,<br><br>Defendant. | CASE NO. C 04-0003 BZ<br><br>~~PROPOSED~~ ORDER FOR ELECTRONIC EQUIPMENT TO BE BROUGHT INTO THE FEDERAL BUILDING<br><br>TRIAL: April 11, 2007<br>TIME: 8:30 a.m.<br>Judge: Hon. Bernard Zimmerman |

Plaintiff Kego Egbuonu hereby requests an order allowing plaintiff to bring electronic equipment into the Federal Building located at 450 Golden Gate Avenue, San Francisco, CA from April 11 through April 20, 2007. The electronic equipment Plaintiff requests an order to bring into the Federal Building is as follows:

1. Dell Inspiron Laptop Model 5150 including connecting cables.

2. Sony 3000 Lumen Projector including connecting cables.

DATED: April 10, 2007

HILDEBRAND, McLEOD & NELSON, INC.

By: ANTHONY S. PETRU
Attorneys for Plaintiff
KEGO EGBUONU

April 10, 2007



IT IS SO ORDERED
Judge Bernard Zimmerman

PROPOSED ORDER     CASE NO. C 04-0003BW     1