UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEGO EGBUONU,<br><br>        Plaintiff(s),<br><br>    v.<br><br>NATIONAL RAILROAD PASSENGER CORP., aka AMTRAK,<br><br>        Defendant(s). | No. C 04-0003 BZ<br><br>**ORDER ASSESSING JURY FEES** |

Because the court was not notified that the parties had settled this matter until late in the day before trial was scheduled to begin, the court could not avoid summoning potential jurors to appear for trial.  Therefore, pursuant to Local Rule 40-1, **IT IS HEREBY ORDERED** that the jury attendance fees in amount of **$1,976.26** (see attached) are assessed against the parties.  Any party wishing to contest this assessment may do so by filing a declaration showing cause why the fees should not be assessed by **noon, April 20, 2007.** Otherwise, by that time each party shall pay $988.13, by check

1

payable to the Clerk of Court, United States District Court.

Dated: April 12, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\EGBUONU\ORDER ASSESSING FEES.wpd

2