David B. Draheim, Esq., (State Bar No. 036339)
Anthony S. Petru, Esq., (State Bar No. 91399)
John Furstenthal, Esq.,(State Bar No. 208996)
HILDEBRAND, McLEOD & NELSON, INC.
Westlake Building
350 Frank H. Ogawa Plaza
Oakland, CA 94612-2006
Telephone: (510) 451-6732

Attorneys for Plaintiff
KEGO EGBUONU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—OAKLAND

| | |
|---|---|
| KEGO EGBUONU,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, a.k.a., "AMTRAK," a corporation,<br><br>    Defendant. | CASE NO. C 04-0003bz<br><br>**STIPULATION AND ORDER VACATING CONDITIONAL ORDER OF DISMISSAL** |

**IT IS HEREBY STIPULATED** by and between the parties through their counsel of record, that the Court vacates its Conditional Order of Dismissal dated April 11, 2007 to allow the parties time to negotiate the language in the Release and Amtrak Apology letter. The parties hereby request the court grant an additional 45 days from the date of this Order to resolve this mater.

DATED: May 23, 2007

HILDEBRAND, McLEOD & NELSON, INC.

By: _____
ANTHONY S. PETRU, ESQ.
Attorneys for Plaintiff
KEGO EGBUONU

DATED: May ___, 2007

LOMBARDI, LOPER & CONANT, LLP

By: _____
B. CLYDE HUTCHINSON, ESQ.
Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORP. a.k.a. "AMTRAK"

### ORDER

Good cause appearing, IT IS SO ORDERED.

Dated: May 29, 2007



IT IS SO ORDERED
Judge Bernard Zimmerman

STIPULATION AND ORDER     C 04-0003BZ     2

1  IT IS HEREBY STIPULATED by and between the parties through their counsel of
2  record, that the Court vacates its Conditional Order of Dismissal dated April 11, 2007 to allow the
3  parties time to negotiate the language in the Release and Amtrak Apology letter. The parties
4  hereby request the court grant an additional 45 days from the date of this Order to resolve this
5  matter.

DATED: May 23, 2007

HILDEBRAND, McLEOD & NELSON, INC.

By: _____
ANTHONY S. PETRU, ESQ.
Attorneys for Plaintiff
KEGO EGBUONU

DATED: May 23, 2007

LOMBARDI, LOPER & CONANT, LLP

By: _____
B. CLYDE HUTCHINSON, ESQ.
Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORP. a.k.a. "AMTRAK"

## ORDER

Good cause appearing, IT IS SO ORDERED.

Dated: May 29, 2007

IT IS SO ORDERED
*Bernard Zimmerman*
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND ORDER                                            C 04-0003BZ        2