# HILDEBRAND, MCLEOD & NELSON, INC.
ATTORNEYS AT LAW
WESTLAKE BUILDING
350 FRANK H. OGAWA PLAZA, FOURTH FLOOR
OAKLAND, CALIFORNIA 94612-2006
(510) 451-6732

CLIFTON HILDEBRAND
(1899-1977)
CHARLES C. McLEOD
(1910-1991)

FREDERICK L. NELSON
DAVID B. DRAHEIM
ANTHONY S. PETRU
QUYNH L. NGUYEN
JOHN FURSTENTHAL

CA (800) 448-7575
U.S. (800) 447-7500

FACSIMILE

(510) 465-7023

July 12, 2007

Hon. Bernard Zimmerman
U.S. District Court
Northern District of California
450 Golden Gate Ave, Room G
San Francisco, CA 94102

RE: Egbuonu v. National Railroad Passenger Corporation, a.k.a., "Amtrak"
Case No. C-04-0003JSW BZ

Dear Judge Zimmerman:

Our apologies for the delay in filing the dismissal.  We have been experiencing difficulties with the plaintiff in this matter.  We would appreciate another extension of 30 days to accomplish the signing of the release.

We thank the court for it's indulgence in this matter.

Very truly yours,

HILDEBRAND, McLEOD & NELSON, INC.

DAVID B. DRAHEIM, ESQ.

DBD/lb

```
 1  David B. Draheim, Esq., (State Bar No. 036339)
    Anthony S. Petru, Esq., (State Bar No. 91399)
 2  John Furstenthal, Esq.,(State Bar No. 208996)
    HILDEBRAND, McLEOD & NELSON, INC.
 3  Westlake Building
    350 Frank H. Ogawa Plaza
 4  Oakland, CA 94612-2006
    Telephone:   (510) 451-6732
 5
    Attorneys for Plaintiff
 6  KEGO EGBUONU
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—OAKLAND

| KEGO EGBUONU, | ) | CASE NO. C 04-0003bz |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **SUPPLEMENTAL STIPULATION AND ORDER VACATING CONDITIONAL ORDER OF DISMISSAL** |
| NATIONAL RAILROAD PASSENGER CORPORATION, a.k.a., "AMTRAK," a corporation, | ) ) ) ) | |
| Defendant. | ) | |

STIPULATION AND ORDER                                      C 04-0003BZ     1

IT IS HEREBY STIPULATED by and between the parties through their counsel of record, that the Court vacates its Conditional Order of Dismissal dated May 29, 2007 to allow the parties time to negotiate the language in the Release and Amtrak Apology letter. The parties hereby request the court grant an additional 30 days from the date of this Order to resolve this matter.

DATED: July __, 2007         HILDEBRAND, McLEOD & NELSON, INC.

By: _____
ANTHONY S. PETRU, ESQ.
Attorneys for Plaintiff
KEGO EGBUONU

DATED: July 12, 2007         LOMBARDI, LOPER & CONANT, LLP

By: _____
B. CLYDE HUTCHINSON, ESQ.
Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORP. a.k.a. "AMTRAK"

### ORDER

Good cause appearing, IT IS SO ORDERED.

Dated: July 13, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION & ORDER                    C 04-0003BZ