# HILDEBRAND, McLEOD & NELSON, INC.

ATTORNEYS AT LAW
WESTLAKE BUILDING
350 FRANK H. OGAWA PLAZA, FOURTH FLOOR
OAKLAND, CALIFORNIA 94612-2006
(510) 451-6732

CLIFTON HILDEBRAND
(1899-1977)
CHARLES C. McLEOD
(1910-1991)

FREDERICK L. NELSON
DAVID B. DRAHEIM
ANTHONY S. PETRU
QUYNH L. NGUYEN
JOHN FURSTENTHAL

CA (800) 448-7575
U.S. (800) 447-7500

FACSIMILE
(510) 465-7023

August 9, 2007

Hon. Bernard Zimmerman
U.S. District Court
Northern District of California
450 Golden Gate Ave, Room G
San Francisco, CA 94102

      RE: Egbuonu v. National Railroad Passenger Corporation, a.k.a., "Amtrak"
      Case No. C-04-0003JSW BZ

Dear Judge Zimmerman:

      We must again come before this honorable court to request another extension. We are diligently working to accomplish the signing of the release with the plaintiff and are hopeful the matter will be resolved within 30 days (September 6, 2007). Attached is the Second Supplemental Stipulation and Order Vacating Conditional Order of the Dismissal.

      We thank the court for its indulgence in this matter.

      Very truly yours,

      HILDEBRAND, McLEOD & NELSON, INC.

      ANTHONY S. PETRU, ESQ.

ASP/lb
Attachment

David B. Draheim, Esq., (State Bar No. 036339)
Anthony S. Petru, Esq., (State Bar No. 91399)
John Furstenthal, Esq.,(State Bar No. 208996)
HILDEBRAND, McLEOD & NELSON, INC.
Westlake Building
350 Frank H. Ogawa Plaza
Oakland, CA 94612-2006
Telephone: (510) 451-6732

Attorneys for Plaintiff
KEGO EGBUONU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—OAKLAND

| | |
|---|---|
| KEGO EGBUONU,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, a.k.a., "AMTRAK," a corporation,<br><br>Defendant. | CASE NO. C 04-0003bz<br><br>SECOND SUPPLEMENTAL STIPULATION AND ORDER VACATING CONDITIONAL ORDER OF DISMISSAL |

IT IS HEREBY STIPULATED by and between the parties through their counsel of record, that the Court vacates its Conditional Order of Dismissal dated May 29, 2007 to allow the parties time to negotiate the language in the Release and Amtrak Apology letter. The parties hereby request the court grant an additional 30 days from the date of this Order to resolve this matter.

DATED: August 9, 2007

HILDEBRAND, McLEOD & NELSON, INC.

By: _____
ANTHONY S. PETRU, ESQ.
Attorneys for Plaintiff
KEGO EGBUONU

STIPULATION AND ORDER                                C 04-0003BZ    1

Aug. 9. 2007  4:29PM    From:HILDEBRAND    To:4332699    No.5363   P. 3

1  DATED: August 9, 2007

LOMBARDI, LOPER & CONANT, LLP

By: _____
B. CLYDE HUTCHINSON, ESQ.
Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORP. a.k.a. "AMTRAK"

## ORDER

Good cause appearing, IT IS SO ORDERED.

Dated: August 13, 2007

_____
Bernard Zimmerman
United States Magistrate Judge



IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND ORDER                                        C 04-0003BZ       2