Case 3:04-cv-00003-BZ   Document 109   Filed 09/06/07   Page 1 of 2
Case 3:04-cv-00003-BZ   Document 108   Filed 09/05/2007   Page 2 of 3
Sep. 5. 2007 11:56AM   HILDEBRAND   No. 5045   P. 2

RECEIVED SEP 0 5 2007

1  David B. Draheim, Esq., (State Bar No. 036339)
   Anthony S. Petru, Esq., (State Bar No. 91399)
2  John Furstenthal, Esq.,(State Bar No. 208996)
   HILDEBRAND, McLEOD & NELSON, INC.
3  Westlake Building
   350 Frank H. Ogawa Plaza
4  Oakland, CA 94612-2006
   Telephone: (510) 451-6732
5
   Attorneys for Plaintiff
6  KEGO EGBUONU

7

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA—OAKLAND

10

11 | KEGO EGBUONU,                        )  CASE NO. C 04-0003bz
                                          )
12 |        Plaintiff,                    )
                                          )  THIRD SUPPLEMENTAL
13 | vs.                                  )  STIPULATION AND ORDER
                                          )  VACATING CONDITIONAL
14 | NATIONAL RAILROAD PASSENGER          )  ORDER OF DISMISSAL
     CORPORATION, a.k.a., "AMTRAK," a     )
15 | corporation,                         )
                                          )
16 |        Defendant.                    )
   |_____)

17

18    IT IS HEREBY STIPULATED by and between the parties through their counsel of
record, that the Court vacates its Conditional Order of Dismissal dated May 29, 2007 to allow the
19
parties time to negotiate the language in the Release and Amtrak Apology letter. The parties
20
hereby request the court grant an additional 60 days from the date of this Order to resolve this
21
matter. If this cannot be accomplished in this time frame, defendant National Railroad Passenger
22
Corporation, contemplates filing a Motion to Enforce Settlement.
23

24  DATED: September 5, 2007

25                                          HILDEBRAND, McLEOD & NELSON, INC.

26
                                            By: _____
27                                               ANTHONY S. PETRU, ESQ.
                                                 Attorneys for Plaintiff
28                                               KEGO EGBUONU

STIPULATION AND ORDER                                              C 04-0003BZ     1

DATED: September 5, 2007

LOMBARDI, LOPER & CONANT, LLP

By: [signature]
B. CLYDE HUTCHINSON, ESQ.
Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORP. a.k.a. "AMTRAK"

**ORDER**

Good cause appearing, IT IS SO ORDERED. *If the matter is not resolved, a status conference is scheduled for Nov 10 2007 at 4pm to set a trial date.*

Dated: September 6, 2007

[signature]
Bernard Zimmerman
United States Magistrate Judge

STIPULATION AND ORDER — C 04-0003BZ — 2