UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEGO EGBUONU,<br><br>           Plaintiff(s),<br><br>    v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORP., aka AMTRAK,<br><br>           Defendant(s). | No. C 04-0003 BZ<br><br>**ORDER REFERRING CASE FOR<br>SETTLEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that this case is referred for settlement conference to Magistrate Judge Elizabeth D. Laporte to be conducted as soon as convenient to her calendar.

Dated:  October 3, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\ARCHIVE\BZCASES.3\EGBUONU\SETT.CONF.REFERRAL.wpd

1