| | |
|---|---|
| 1 | LOMBARDI, LOPER & CONANT, LLP |
| | B. CLYDE HUTCHINSON, State Bar No. 037526 |
| 2 | bch@llcllp.com |
| | KAREN E. GIQUINTO, State Bar No. 228261 |
| 3 | kgiquinto@llcllp.com |
| | Lake Merritt Plaza |
| 4 | 1999 Harrison Street, Suite 2600 |
| | Oakland, CA 94612-3541 |
| 5 | Telephone:  (510) 433-2600 |
| | Facsimile:  (510) 433-2699 |

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEGO EGBUONU, | Case No. C 04-00003 BZ |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING THE SETTLEMENT CONFERENCE DATE, AMTRAK'S MOTION TO ENFORCE SETTLEMENT AND THE STATUS CONFERENCE** |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, a.k.a., "AMTRAK," a corporation,, | |
| Defendant. | |

The parties to this action, by and through their respective counsel, stipulate as follows:

1. Due to the fact that counsel for Amtrak is unavailable to attend the settlement conference on the one available date for Magistrate Judge Elizabeth D. Laporte in the month of October, the parties agree to attend a settlement conference on November 15, 2007 at 9:30 a.m. in Courtroom E with Judge Laporte.

2. The parties further agree and request that Amtrak's Motion to Enforce Settlement be continued to December 5, 2007 and that the Status Conference be continued to the same date or some date thereafter.

///

///

3. The parties also stipulate and request that the conditional order of dismissal be continued until after the December 5, 2007 hearing date.

Dated: October 5, 2007

LOMBARDI, LOPER & CONANT, LLP

By: _____
B. CLYDE HUTCINSON
Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION

Dated: October 5, 2007

HILDEBRAND, MCLEOD & NELSON, INC.

By: _____
ANTHONY S. PETRU, ESQ.
Attorneys for Plaintiff
KEGO EGBUONU

## ORDER

Good cause appearing, IT IS SO ORDERED.

Date: October 9, 2007

_____
Honorable Bernard Zimmerman
United States Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA