UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEGO EGBUONU

    Plaintiff,

    v.

NATIONAL RAILROAD PASSENGER CORPORATION, a.k.a., AMTRAK,

    Defendant.
_____/

No. C-04-00003 BZ (EDL)

NOTICE ADVANCING DATE OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for November 15, 2007 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 is rescheduled forWednesday, **November 14, 2007 at 9:00 a.m**.

Settlement Conference statements, if not previously submitted, are due no later than November 6, 2007 . All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: November 2, 2007

                                             _____
                                             ELIZABETH D. LAPORTE
                                             United States Magistrate Judge

United States District Court
For the Northern District of California