UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEGO EGBUONO,

      Plaintiff,

      v.

NATIONAL RAILROAD PASSENGER CORPORATION,

      Defendant.
_____/

No.   C 04-03003 BZ   (EDL)

ORDER TO SHOW CAUSE

      By Court Order filed on October 15, 2007, a settlement conference was set for this case on November 15, 2007.  On November 2, 2007, at the Plaintiff's request, the Court continued the conference to November 14, 2007 at 9:00 a.m.  The order setting the settlement conference provides that personal attendance by a party will rarely be excused and only with the Court's prior permission.  Only one day prior to the settlement conference, the Plaintiff unilaterally notified the Court she would not attend based on a very brief, insufficient explanation.

      Plaintiff is ordered to show cause as to why the Court should not sanction her for notifying the Court that she will not be able to attend the November 14 settlement conference on November 13, 2007 at 3:14 p.m. without prior approval.

      The Court will schedule a hearing at which Plaintiff must show cause why she should not be sanctioned.  Meanwhile, Plaintiff must file as soon as possible and prior to the rescheduled settlement conference on January 11, 2008, a thorough declaration under oath explaining which relation died and when, when Plaintiff learned thereof, and Plaintiff's travel arrangements, including dates and places. The Court knows that Plaintiff is an attorney and therefore an office of the Court who should understand

the importance of complying with Court orders. While the Court is sympathetic to genuine emergencies, the explanation provided to date is too cursory and vague to justify her last minute failure to appear.

Dated: November 14, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge