UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEGO EGBUONU, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C 04-0003 BZ |
| | ) | |
| v. | ) | |
| | ) | **SCHEDULING ORDER** |
| NATIONAL RAILROAD PASSENGER CORP., aka AMTRAK, | ) | |
| | ) | |
| Defendant(s). | ) | |

Following the hearing held on December 5, 2007, **IT IS HEREBY ORDERED** that if the parties are unable to consummate the settlement, plaintiff shall file any opposition to defendant's motion to enforce settlement by **January 15, 2008.** Any reply shall be filed by **January 18, 2008.** A hearing on defendant's motion is set for **January 23, 2008 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: December 5, 2007

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\EGBUONU\SCHEDULING.ORDER.wpd

1