David B. Draheim, Esq., (State Bar No. 036339)
Anthony S. Petru, Esq., (State Bar No. 91399)
John Furstenthal, Esq.,(State Bar No. 208996)
HILDEBRAND, McLEOD & NELSON, INC.
Westlake Building
350 Frank H. Ogawa Plaza
Oakland, CA 94612-2006
TEL: (510) 451-6732
FAX: (510) 465-7023

Attorneys for Plaintiff
KEGO EGBUONU

B. Clyde Hutchinson, Esq.
Karen Giquinto, Esq.
LOMBARDI, LOPER & CONANT, LLP
1999 Harrison Street, Suite 2600
Oakland, CA 94612
TEL: (510) 433-2600
FAX: (510) 433-2699

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—OAKLAND

| | |
|---|---|
| KEGO EGBUONU,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, a.k.a., "AMTRAK," a corporation,<br><br>Defendant. | CASE NO. C 04-0003 BZ (EDL)<br><br>**STIPULATION AND ORDER TO SEAL DOCUMENTS** |

The parties in the above-referenced case plaintiff, KEGO EGBUONU represented Anthony S. Petru, Esq., of the Hildebrand, McLeod & Nelson, Inc. and defendant, NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"), represented by B. Clyde Hutchinson, Esq., of Lombardi, Loper & Conant, hereby stipulate and request that the Court **seal** those portions of the file referencing the settlement terms, both proposed and accepted in its record.

Magistrate Judge Elizabeth D. Laporte has ordered that the terms of the settlement as

outlined in the Settlement Conference on January 11, 2008, as well as the settlement agreement reached therein, are sealed.

The parties wish that Magistrate Judge Bernard Zimmerman similarly seal those portions of defendant AMTRAK's motion to enforce settlement that outline the terms of previous negotiations including any attachments to said motion and portions thereof outlining the terms of settlement—the pages include pgs. 2 and 3. The Declaration of B. Clyde Hutchinson, including Exhibits A, B C and D.

As the settlement itself is confidential, the parties would appreciate the Court's cooperation in this matter.

DATED: January 15, 2008

HILDEBRAND, McLEOD & NELSON, INC.

By: _____
ANTHONY S. PETRU, ESQ.
Attorneys for Plaintiff
KEGO EGBUONU

DATED: January 15, 2008

LOMBARDI, LOPER & CONANT, LLP

By: _____
B. CLYDE HUTCHINSON, ESQ.
Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION "AMTRAK"

## ORDER

Good cause appearing, IT IS SO ORDERED.

Entered this 16th day of January, 2008

**The parties shall submit redacted versions by January 28, 2008, which shall be placed in the court record.**

_____
BERNARD ZIMMERMAN
United States Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman

HILDEBRAND, MCLEOD & NELSON, INC.
ATTORNEYS AT LAW
WESTLAKE BUILDING
350 FRANK H. OGAWA PLAZA, FOURTH FLOOR
OAKLAND CALIFORNIA 94612-2006
(510) 451-6732

# PROOF OF SERVICE

I declare that:

I am employed in the County of Alameda, California. I am over the age of eighteen years and not a party to the within cause; my business address is 350 Frank H. Ogawa Plaza, Fourth Floor, Oakland, California 94612-2603.

On January 15, 2008 served the attached:

**STIPULATION AND ORDER TO SEAL DOCUMENTS**

in said cause, by placing a true copy thereof enclosed in a sealed envelope attached as follows:

B. Clyde Hutchinson, Esq.
Karen Giquinto, Esq. .
LOMBARDI, LOPER & CONANT, LLP
1999 Harrison Street, Suite 2600
Oakland, CA 94612

Fax: ( 510)433-2699

 X   (By MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Oakland, California, following ordinary business practices. I am readily familiar with the practice of Hildebrand, McLeod & Nelson, Inc. for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

____ (By PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) noted above.

____ (OVERNIGHT COURIER SERVICE) I caused such envelope containing a true copy thereof to be hand delivered by overnight **Federal Express** to the parties below.

____ (By FACSIMILE) I caused the said document to be transmitted by facsimile machine to the number indicated after the address(es) noted above.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on January 15, 2008 at Oakland, California.

/s/
Lynell A. Basurto