1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  KAREN E. GIQUINTO, State Bar No. 228261
   kgiquinto@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
5  Telephone:    (510) 433-2600
   Facsimile:    (510) 433-2699
6
   Attorneys for Defendant
7  NATIONAL RAILROAD PASSENGER
   CORPORATION
8

**RECEIVED**

FEB 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12  KEGO EGBUONU,                          Case No.  C 04-003 BZ

13           Plaintiff,                    **STIPULATION AND ORDER OF
                                           DISMISSAL**
14  v.

15  NATIONAL RAILROAD PASSENGER
    CORPORATION, a.k.a., "AMTRAK," a
16  corporation,,

17           Defendant.

18

19       IT IS HEREBY STIPULATED by and between Plaintiff Kego Egbuonu and Defendant

20  National Railroad Passenger Corporation, through their designated counsel, that the above-

21  captioned action be and hereby is dismissed with prejudice as to defendant National Railroad

22  Passenger Corporation pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party agrees to

23  bear their own costs.

24  DATED: __2/4__, 2008

25                                         HILDEBRAND, McLEOD & NELSON, INC.

26                                         By: _____ FOR

27                                         ANTHONY S. PETRU
                                           Attorneys for Plaintiff
28                                         KEGO EGBUONU

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-33262 BCH 548944.1                                    Case No. C 04-003 BZ

Stipulation and Order of Dismissal

DATED: Jan 31 , 2008

LOMBARDI, LOPER & CONANT, LLP

By: _____

B. CLYDE HUTCHINSON
Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION

IT IS SO ORDERED:

DATED: 24 Feb, 2008

_____

HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2800
Oakland, CA 94612-3541

13249-33262 BCH 548944.1

- 2 -

Case No. C 04-003 BZ

Stipulation and Order of Dismissal